IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:19MJ542** |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| WALTER KIMBROUGH, | |
| Defendant. | |

Pursuant to the Motion of the United States (Filing No. 6), and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint against Walter Kimbrough.

**IT IS ORDERED** that the Motion to Dismiss the Complaint (Filing No. 6) is granted.

Dated this 12th day of November, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge